IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee of the Aames Mortgage Investment Trust 2004-1, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:22-cv-00572-O |
| JESSE A. VALVERDE, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Default Judgment (ECF No. 15) is **GRANTED.** The Court enters **DEFAULT JUDGMENT** against Jesse and Yolanda Valverde and awards attorney fees in an amount to be determined by subsequent motion and order.

**SO ORDERED** on this **6th day** of **December, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE